1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11                               ----oo0oo----

12   UNITED STATES OF AMERICA,        No.  2:21-CV-00662 WBS KJN

13                 Plaintiff,

14        v.

15   THE GREENVILLE RANCHERIA OF
     MAIDU INDIANS OF CALIFORNIA,
16
                  Defendant.
17

18                               ----oo0oo----

19                     STATUS (PRETRIAL SCHEDULING) ORDER

20             After reviewing the parties' Amended Joint Status

21   Report, the court hereby vacates the Status (Pretrial Scheduling)

22   Conference scheduled for October 12, 2021, and makes the

23   following findings and orders without needing to consult with the

24   parties any further.

25   I.   SERVICE OF PROCESS

26             The defendant has been served, and no further service

27   is permitted without leave of court, good cause having been shown

28
                                     1

1   under Federal Rule of Civil Procedure 16(b).

2   II.   JOINDER OF PARTIES/AMENDMENTS

3            No further joinder of parties or amendments to

4   pleadings will be permitted except with leave of court, good

5   cause having been shown under Federal Rule of Civil Procedure

6   16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

7   (9th Cir. 1992).  Defendant intends to submit a motion for leave

8   of court to file a third party complaint against the Feather

9   River Resource Conservation District.[1]

10  III. JURISDICTION/VENUE

11           Jurisdiction is predicated upon 28 U.S.C. §§ 1331 and

12  1345, because this action is commenced by the United States and

13  arises under federal common law.  Venue is undisputed and hereby

14  found to be proper.

15  IV.  DISCOVERY

16           The parties have already served the initial disclosures

17  required by Federal Rule of Civil Procedure 26(a)(1).

18           The parties shall disclose experts and produce reports

19  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

20  later than June 24, 2022.  With regard to expert testimony

21  intended solely for rebuttal, those experts shall be disclosed

22  and reports produced in accordance with Federal Rule of Civil

23  Procedure 26(a)(2) on or before July 29, 2022.

24           All discovery, including depositions for preservation

25  of testimony, is left open, save and except that it shall be so

26  _____

27       [1]   If the court grants a motion to file a third party
    complaint, the parties may request a further status conference
    might be appropriate once all parties have been joined.

28

2

1  conducted as to be completed by August 26, 2022.  The word

2  "completed" means that all discovery shall have been conducted so

3  that all depositions have been taken and any disputes relevant to

4  discovery shall have been resolved by appropriate order if

5  necessary and, where discovery has been ordered, the order has

6  been obeyed.  All motions to compel discovery must be noticed on

7  the magistrate judge's calendar in accordance with the local

8  rules of this court and so that such motions may be heard (and

9  any resulting orders obeyed) not later than August 26, 2022.

10  V.    MOTION HEARING SCHEDULE

11        All motions, except motions for continuances, temporary

12  restraining orders, or other emergency applications, shall be

13  filed on or before September 23, 2022.  All motions shall be

14  noticed for the next available hearing date.  Counsel are

15  cautioned to refer to the local rules regarding the requirements

16  for noticing and opposing such motions on the court's regularly

17  scheduled law and motion calendar.

18  VI.   FINAL PRETRIAL CONFERENCE

19        The Final Pretrial Conference is set for December 5,

20  2022, at 1:30 p.m. in Courtroom No. 5.  The conference shall be

21  attended by at least one of the attorneys who will conduct the

22  trial for each of the parties and by any unrepresented parties.

23        Counsel for all parties are to be fully prepared for

24  trial at the time of the Pretrial Conference, with no matters

25  remaining to be accomplished except production of witnesses for

26  oral testimony.  Counsel shall file separate pretrial statements,

27  and are referred to Local Rules 281 and 282 relating to the

28  contents of and time for filing those statements.  In addition to

1  those subjects listed in Local Rule 281(b), the parties are to

2  provide the court with: (1) a plain, concise statement which

3  identifies every non-discovery motion which has been made to the

4  court, and its resolution; (2) a list of the remaining claims as

5  against each defendant; and (3) the estimated number of trial

6  days.

7          In providing the plain, concise statements of

8  undisputed facts and disputed factual issues contemplated by

9  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

10  that remain at issue, and any remaining affirmatively pled

11  defenses thereto.  If the case is to be tried to a jury, the

12  parties shall also prepare a succinct statement of the case,

13  which is appropriate for the court to read to the jury.

14  VII. <u>TRIAL SETTING</u>

15          The jury trial is set for January 31, 2023 at 9:00 a.m.

16  The parties estimate that the trial will last ten days.

17  VIII.     <u>SETTLEMENT CONFERENCE</u>

18          A Settlement Conference will be set at the time of the

19  Pretrial Conference.  All parties should be prepared to advise

20  the court whether they will stipulate to the trial judge acting

21  as settlement judge and waive disqualification by virtue thereof.

22          Counsel are instructed to have a principal with full

23  settlement authority present at the Settlement Conference or to

24  be fully authorized to settle the matter on any terms.  At least

25  seven calendar days before the Settlement Conference counsel for

26  each party shall submit a confidential Settlement Conference

27  Statement for review by the settlement judge.  If the settlement

28  judge is not the trial judge, the Settlement Conference

4

1   Statements shall not be filed and will not otherwise be disclosed

2   to the trial judge.

3   IX.   MODIFICATIONS TO SCHEDULING ORDER

4            Any requests to modify the dates or terms of this

5   Scheduling Order, except requests to change the date of the

6   trial, may be heard and decided by the assigned Magistrate Judge.

7   All requests to change the trial date shall be heard and decided

8   only by the undersigned judge.

9            IT IS SO ORDERED

10  Dated:   September 30, 2021

    WILLIAM B. SHUBB
11  UNITED STATES DISTRICT JUDGE

5