UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>THE GREENVILLE RANCHERIA OF MAIDU INDIANS OF CALIFORNIA,<br><br>            Defendant. | No. 2:21-cv-00662 WBS KJN<br><br><u>ORDER RE: MOTION FOR LEAVE TO</u><br><u>FILE A THIRD-PARTY COMPLAINT</u> |

----oo0oo----

Before the court is the motion of defendant Greenville Rancheria of Maidu Indians of California ("Rancheria") for leave to file a third-party complaint pursuant to Federal Rule of Civil Procedure 14(a).  (Docket No. 12.)

Federal Rule of Civil Procedure 14(a) provides in pertinent part:

> A defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it. But the third-party plaintiff must, by motion, obtain the court's leave if it files the third-party

1

        complaint more than 14 days after serving its original
        answer.

Fed. R. Civ. P. 14(a)(1).  The decision whether to implead a third-party defendant is addressed to the sound discretion of the trial court.  Sw. Adm'rs, Inc. v. Rozay's Transfer, 791 F.2d 769, 777 (9th Cir. 1986).

    Rancheria notes that it and plaintiff have stipulated to the filing of a third-party complaint.  (See Stipulation (Docket No. 13-1)).  Plaintiff has also filed a statement of non-opposition.  (Docket No. 16.)  Under these circumstances, the court concludes that granting Rancheria's motion is appropriate.

    IT IS THEREFORE ORDERED that defendant Rancheria's motion for leave to file a third-party complaint be, and the same hereby is, GRANTED.

Dated:  March 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2