1  Thomas M. Downey, SBN 142096
   tdowney@burnhambrown.com
2  BURNHAM BROWN, APC
   2125 Oak Grove Road, Suite 105
3  Walnut Creek, CA  94598-2537
   Telephone:     (510) 444-6800
4
   Attorneys for Defendant and Third Party Plaintiff
5  and Cross-Defendant
   THE GREENVILLE RANCHERIA
6  OF MAIDU INDIANS OF CALIFORNIA

7  Steven S. Tennyson
   Assistant United States Attorney
8  steven.tennyson2@usdoj.gov
   OFFICE OF THE UNITED STATES ATTORNEY
9  501 I Street, Suite 10-100
   Sacramento, CA 95814
10 Telephone: (916) 554-2700

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
   Richard S. Linkert, Esq.
13 rlinkert@mathenysears.com
   LAW OFFICES OF MATHENY SEARS
14 LINKERT & JAIME LLP
   3638 America River Drive
15 Sacramento, CA  95864
   Telephone:  (916) 978-3434
16
   Attorneys for Third Party Defendant
17 and Cross-Claimant
   FEATHER RIVER RESOURCE CONSERVATION DISTRICT
18

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

21 UNITED STATES OF AMERICA,              No. 2:21-cv-00662-WBS-KJN

22                Plaintiff,

23 v.                                     **AMENDED JOINT STIPULATON TO**
                                          **MODIFY SCHEDULING ORDER**
24 THE GREENVILLE RANCHERIA OF
   MAIDU INDIANS OF CALIFORNIA and        Complaint Filed:  April 13, 2021
25 ROES 1 TO 20,                          TGRMIC's Third Party Complaint Filed:  March 25, 2022
                                          FRRCD's Cross-Claim Filed:  April 19, 2022
26                Defendants.             Trial Date:  January 31, 2023

27 ─────────────────────────────

28 AND RELATED CROSS-CLAIMS

Plaintiff UNITED STATES OF AMERICA ("Plaintiff"), Defendant and Third Party Plaintiff and Cross-Defendant THE GREENVILLE RANCHERIA OF MAIDU INDIANS OF CALIFORNIA ("Greenville") and Third Party Defendant and Cross-Claimant FEATHER RIVER RESOURCE CONSERVATION DISTRICT (the "District") (collectively hereinafter "the Parties") have entered into a joint stipulation to modify the Initial Scheduling Order as described below.

## I.      FACTUAL BACKGROUND

1.      This multi-party action is factually complex with disputed issues of causation and liability related to a fire that occurred in April 2015 in Plumas National Forest.  Plaintiff filed the initial Complaint on April 13, 2021.

2.      On October 1, 2021, the Court entered in a Pretrial Scheduling Order.  (Dkt. 10.) In that Order, the Court found that if it "grants a motion to file a third party complaint," then "the parties may request a further status conference," which "might be appropriate once all parties have been joined."  (*Id*. at n.1.)

3.      Defendant Greenville filed a Third-Party Complaint against the District. Subsequently, on April 19, 2022, the District filed an answer to the Third Party Complaint and a separate Cross-Claim against Third Party Plaintiff Greenville.

4.      The Parties have met and conferred through counsel regarding the recent addition of the District in this action, the coordination of discovery and expert witness information and the possible resolution of this matter.

## II.      STIPULATION

5.      The parties, through counsel, agree that there is good cause to modify the current Scheduling Order and continue the pre-trial deadlines as described below.  The proposed adjustments will allow the parties to coordinate discovery and integrate the District into the Court's scheduling order in an orderly and cost effective manner.  In addition, the proposed modifications will permit the parties to explore a potential for resolution through private mediation.

/ / /

6.     The original deadlines set for filing dispositive motions and commencement of trial remain the same.  This is the first proposed modification to the Scheduling Order submitted by the parties.

7.     Based on the foregoing, the parties respectfully request that this Court continue the pretrial deadlines in the following manner:

| Description | Current Date | Modified Date |
|---|---|---|
| Disclose Experts | June 24, 2022 | Aug. 22, 2022 |
| Rebuttal Expert Disclosure | July 29, 2022 | Sep. 7, 2022 |
| Complete Discovery | Aug. 26, 2022 | Sep. 30, 2022 |
| Discovery Motions | Aug. 26, 2022 | Sep. 30, 2022 |
| All Motions | Sep. 23, 2022 | Oct. 28, 2022 |
| Final Pre-Trial Conference | Dec. 5, 2022 | Dec. 19, 2022 |
| Jury Trial | Jan. 31, 2023 | Feb. 28, 2023 |

A proposed order that includes the modified dates is filed herewith.

IT IS SO STIPULATED.

DATED:  June 1, 2022                      BURNHAM BROWN


                                          By: */s/  Thomas M. Downey*
                                               THOMAS M. DOWNEY
                                               GREGORY H. McCORMICK
                                               Attorneys for Defendant
                                               and Third Party Plaintiff
                                               THE GREENVILLE RANCHERIA
                                               OF MAIDU INDIANS OF CALIFORNIA


DATED:  June 1, 2022                      PHILLIP A. TALBERT
                                          OFFICE OF THE UNITED STATES ATTORNEY
                                          United States Attorney


                                          By: */s/  Steven S. Tennyson*
                                               STEVEN S. TENNYSON
                                               Assistant United States Attorney
                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  June 1, 2022                    LAW OFFICES OF MATHENY SEARS
                                        LINKERT & JAIME LLP


                                    By: /s/  Richard S. Linkert
                                        RICHARD S. LINKERT
                                        Attorneys for Third Party Defendant
                                        and Cross-Claimant
                                        FEATHER RIVER RESOURCE
                                        CONSERVATION DISTRICT

4855-9151-0819, v. 1

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,                    No. 2:21-cv-00662-WBS-KJN

11              Plaintiff,
                                                  **ORDER MODIFYING SCHEDULING**
12   v.                                           **ORDER**

13   THE GREENVILLE RANCHERIA OF
     MAIDU INDIANS OF CALIFORNIA and              Complaint Filed:  April 13, 2021
14   ROES 1 TO 20,                                TGRMIC's Third Party Complaint Filed:  March 25, 2022
                                                  FRRCD's Cross-Claim Filed:  April 19, 2022
15              Defendants.                       Trial Date:  January 31, 2023

16   _____
     AND RELATED CROSS-CLAIMS
17

18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1    The parties to this action, including Defendant, Third Party Plaintiff and Cross-

2   Defendant THE GREENVILLE RANCHERIA OF MAIDU INDIANS OF CALIFORNIA,

3   Plaintiff UNITED STATES OF AMERICA, and Third-Party Defendant and Cross-Claimant

4   FEATHER RIVER RESOURCE CONSERVATOIN DISTRICT, through counsel, have

5   stipulated to certain modifications in the Initial Scheduling Order.

6    Per the stipulation of the parties, and GOOD CAUSE APPEARING THEREFOR, IT IS

7   HEREBY ORDERED that the Scheduling Order is **MODIFIED** as set forth below.

| *Description* | *Modified Date* |
|---|---|
| Disclose Experts | **8/22/2022** |
| Rebuttal Expert Disclosure | **9/7/2022** |
| Complete Discovery | **9/30/2022** |
| Discovery Motions | **9/30/2022** |
| Dispositive Motions | **10/28/2022** |
| **Final Pre-Trial Conference** | **12/19/2022** |
| **Jury Trial** | **2/28/2023** |

**IT IS SO ORDERED.**

Dated:  June 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE