1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                    No. 2:21-cv-00662-WBS-KJN

11              Plaintiff,
                                                 **ORDER MODIFYING SCHEDULING**
12  v.                                           **ORDER**

13  THE GREENVILLE RANCHERIA OF
    MAIDU INDIANS OF CALIFORNIA and              Complaint Filed:  April 13, 2021
14  ROES 1 TO 20,                                TGRMIC's Third Party Complaint Filed:  March 25, 2022
                                                 FRRCD's Cross-Claim Filed:  April 19, 2022
15              Defendants.                       Trial Date:  January 31, 2023

16  _____

    AND RELATED CROSS-CLAIMS
17  _____

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

The parties to this action, including Defendant, Third Party Plaintiff and Cross-Defendant THE GREENVILLE RANCHERIA OF MAIDU INDIANS OF CALIFORNIA; Plaintiff UNITED STATES OF AMERICA; and Third-Party Defendant and Cross-Claimant FEATHER RIVER RESOURCE CONSERVATION DISTRICT, through counsel, have stipulated to certain modifications in the Scheduling Order.

Per the stipulation of the parties, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Scheduling Order is modified as set forth below.

| Description | Modified Date |
|---|---|
| Disclose Experts | Oct. 31, 2022 |
| Rebuttal Expert Disclosure | Nov. 14, 2022 |
| Complete Discovery | Dec. 5, 2022 |
| Discovery Motions | Dec. 15, 2022 |
| All Motions (for filing) | Jan. 9, 2023 |
| Final Pre-Trial Conference | **April 24, 2023 at 1:30 pm** |
| Jury Trial | **June 27, 2023 at 9:00 am** |

**IT IS SO ORDERED.**

Dated:  August 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4886-5153-5150 v. 1