PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>GREENVILLE RACHERIA,<br><br>  Defendants. | CASE NO. 2:21-cv-662-WBS-KJN<br><br>**ORDER ENFORCING SUBPOENA ISSUED TO CHARLES BONE** |

Upon consideration of the United States' motion to enforce, and for the reasons stated in the memorandum of points and authorities, the Court hereby ORDERS that:

1. The Motion to Enforce the Subpoena Issued to Charles Bone is granted;

2. Charles Bone shall agree to sit for a deposition no later than 7 days after the entry of this Order.

3. Failure to comply with this Order may result in a contempt finding.

SO ORDERED.

Dated: November 9, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO ENFORCE