PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
DAVID E. THIESS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>THE GREENVILLE RANCHERIA OF MAIDU INDIANS OF CALIFORNIA and ROES 1 TO 20,<br><br>            Defendants.<br><br>AND RELATED CROSS-CLAIMS | No. 2:21-cv-00662-WBS-KJN<br><br>**ORDER TO SCHEDULE SETTLEMENT CONFERENCE** |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the parties' stipulation for a settlement conference before the Honorable Kendall J. Newman, United States Magistrate Judge, is APPROVED. A Settlement Conference is set for May 30, 2023, at 9:30 a.m. before Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: April 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SETTING
SETTLEMENT CONFERENCE

1