PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
DAVID E. THIESS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE GREENVILLE RANCHERIA OF MAIDU INDIANS OF CALIFORNIA and ROES 1 TO 20,<br><br>Defendants.<br><br>AND RELATED CROSS CLAIMS | No. 2:21-cv-00662-WBS-KJN<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff UNITED STATES OF AMERICA, Defendant and Third Party Plaintiff and Cross Defendant THE GREENVILLE RANCHERIA OF MAIDU INDIANS OF CALIFORNIA, and Third Party Defendant and Cross-Claimant FEATHER RIVER RESOURCE CONSERVATION DISTRICT hereby stipulate that the above-captioned action and related cross claims shall be dismissed with prejudice with each party bearing its own costs.

Dated: December 19, 2023

        PHILLIP A. TALBERT
        United States Attorney

By: /s/ Steven S. Tennyson
        STEVEN S. TENNYSON
        DAVID E. THIESS
        Assistant United States Attorney

        *Attorneys for the United States*

Dated: December 19, 2023

By: _____
BURNHAM BROWN
THOMAS M. DOWNEY
GREGORY H. McCORMICK

*Attorneys for the Greenville Rancheria of Maidu Indians of California*

Dated:  December 11, 2023

By: _____
MATHENY SEARS LINKERT & JAIME LLP
JACK KLAUSCHIE
RICHARD LINKERT

*Attorneys for Feather River Resource Conservation District*